## Wineland *v.* Wineland, Appellant.

Ar-

gued September 12, 1968. *Harold E. Miller,* for appellant; *Gerald S. Turner,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.